IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 13 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:18CR121DPJ-LRA

DUSTIN MEELY   18 U.S.C. § 1112

**The Grand Jury charges:**

On or about July 27, 2014, in Leake County, in the Northern Division of the Southern District of Mississippi, on lands within the confines of the Red Water Community of the Choctaw Indian Reservation, the defendant, **DUSTIN MEELY**, a Choctaw Indian, did unlawfully kill K.W., a Choctaw Indian, without due caution and circumspection, and with gross negligence, meaning wanton and reckless disregard for human life, in the commission of a lawful act, in an unlawful manner, which might produce death, that is: recklessly handling and discharging a firearm; and that the defendant, **DUSTIN MEELY**, knew that his conduct was a threat to the life of another and knew of such circumstances as could have reasonably enabled the defendant to see the peril to which his act might subject another.

All in violation of Title 18, United States Code, Sections 1112 and 1153.

/s/ Darren LaMarca for
D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand jury on this the 13th day of June, 2018.

/s/ Linda R. Anderson
UNITED STATES MAGISTRATE JUDGE